Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
 ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendants State Farm
Fire and Casualty Company and
State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRACY O'REILLY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:10-cv-232-RRB<br><br>**JUDGMENT OF DISMISSAL** |

## JUDGMENT OF DISMISSAL

This matter having come before the court on the stipulation of the parties;

and

The court being otherwise fully advised;

Judgment of Dismissal
*O'Reilly v. State Farm;* Case No. 3:10-cv-232-RRB
Page 1 of 2

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **Count I** of plaintiff's complaint be and hereby is dismissed **with prejudice** and without costs or attorney fees to any of the parties.

IT IS FURTHER ORDERED that **Count II** of plaintiff's complaint be and hereby is dismissed **without prejudice** and without costs or attorney fees to any of the parties.

DATED this 20th day of September, 2011.

S/ RALPH R BEISTLINE
U.S. DISTRICT COURT JUDGE

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC.
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX